IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.                                                No. 4:21-CR-00105-JM

**CLEOPHUS HUMPHREY**

## ORDER

Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 is (Doc. No. 79) is DENIED.

Following a bench trial, Defendant was found guilty of being a felon in possession of a firearm and was sentenced to 180 months in prison.[1]

In the pending motion, Defendant argues that his § 922(g)(1) conviction is unconstitutional based on *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*.[2] To the contrary, the Court of Appeals for the Eighth Circuit has held that § 922(g)(1) is constitutional on its face and as applied to "convicted felons."[3]

IT IS SO ORDERED this 29th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 40, 47, 54.

[2] 597 U.S. 1 (2022).

[3] *United States v. Jackson*, 110 F.4th 1120, 1126 (8th Cir. 2024), cert. denied, No. 24-6517, 2025 WL 1426707 (U.S. May 19, 2025).